# 20670

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS KENNETH ABRAHAM, § <br> d/b/a PADDLE TRAMPS MFG. CO., § <br> § <br> Plaintiff, § <br> vs. § <br> § <br> ALPHA CHI OMEGA, ALPHA CHI § <br> OMEGA FRATERNITY, INC., ALPHA § <br> DELTA PI, ALPHA DELTA SORORITY § <br> CORPORATION, ALPHA GAMMA § <br> DELTA, ALPHA GAMMA DELTA § <br> FRATERNITY CORPORATION, ALPHA § <br> GAMMA RHO, ALPHA GAMMA RHO § <br> FRATERNITY CORPORATION, ALPHA § <br> OMICRON PI, ALPHA OMICRON PI § <br> FRATERNITY, INC., ALPHA PHI § <br> INTERNATIONAL, ALPHA PHI § <br> INTERNATIONAL FRATERNITY INC., § <br> ALPHA TAU OMEGA, ALPHA TAU § <br> OMEGA FRATERNITY, INC., ALPHA XI § <br> DELTA, ALPHA XI DELTA § <br> FRATERNITY CORPORATION, BETA § <br> THETA PI, BETA THETA PI § <br> CORPORATION, CHI OMEGA, CHI § <br> OMEGA FRATERNITY CORPORATION, § <br> CHI PHI, THE CHI PHI FRATERNITY, § <br> INC., DELTA CHI, THE DELTA CHI § <br> FRATERNITY, INC., DELTA DELTA § <br> DELTA, DELTA DELTA DELTA § <br> CORPORATION, DELTA GAMMA, § <br> DELTA GAMMA FRATERNITY § <br> CORPORATION, DELTA PHI EPSILON, § <br> DELTA PHI EPSILON, INC., DELTA § <br> TAU DELTA, DELTA TAU DELTA § <br> CORPORATION, GAMMA PHI BETA, § <br> GAMMA PHI BETA SORORITY, INC., § <br> KAPPA ALPHA ORDER, KAPPA ALPHA § <br> ORDER CORPORATION, KAPPA § <br> DELTA, KAPPA DELTA SORORITY, § <br> INC., KAPPA SIGMA FRATERNITY, § <br> LAMBDA CHI ALPHA FRATERNITY, § <br> LAMBDA CHI ALPHA FRATERNITY, § |  <br><br> 3-08CV0570-O <br><br> U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF TEXAS <br> FILED <br> APR - 3 2008 <br> CLERK, U.S. DISTRICT COURT <br> By_____ <br> Deputy <br><br><br> CIVIL ACTION NO._____ |

**COMPLAINT FOR DECLARATORY JUDGMENT – PAGE 1**

| | |
|---|---|
| INC., PHI DELTA THETA, PHI DELTA THETA FRATERNITY CORPORATION, PHI KAPPA SIGMA, PHI KAPPA SIGMA FRATERNITY, INC., PHI KAPPA TAU, THE PHI KAPPA TAU FRATERNITY CORPORATION, PHI KAPPA THETA, PHI KAPPA THETA FRATERNITY CORPORATION, PI KAPPA ALPHA, THE PI KAPPA ALPHA FRATERNITY CORPORATION, PI BETA PHI, PI BETA PHI CORPORATION, SIGMA ALPHA EPSILON, SIGMA ALPHA EPSILON FRATERNITY CORPORATION, SIGMA CHI, SIGMA CHI CORPORATION, SIGMA KAPPA, SIGMA KAPPA CORPORATION, SIGMA PHI EPSILON, SIGMA PHI EPSILON FRATERNITY CORPORATION, TAU KAPPA EPSILON, and TAU KAPPA EPSILON FRATERNITY CORPORATION<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## COMPLAINT FOR DECLARATORY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Plaintiff, Thomas Kenneth Abraham d/b/a Paddle Tramps Mfg. Co. ("Paddle Tramps"), files his Complaint for Declaratory Judgment and for good cause shows this Honorable Court as follows:

### PARTIES, JURISDICTION AND VENUE

1.   Plaintiff Thomas Kenneth Abraham d/b/a Paddle Tramps Mfg. Co. is an individual residing in Lubbock, Texas.

2.   Defendant Alpha Chi Omega is an unincorporated association, and its affiliate, Alpha Chi Omega Fraternity, Inc., is an Indiana corporation (collectively "Alpha Chi Omega").

COMPLAINT FOR DECLARATORY JUDGMENT – PAGE 2

Alpha Chi Omega is a fraternal organization for women, commonly referred to as a sorority, with its principal office located at 5939 Castle Creek Parkway North Drive, Indianapolis, Indiana 46250.

3. Defendant Alpha Delta Pi is an unincorporated association, and its affiliate, Alpha Delta Pi Sorority Corporation, is a Georgia corporation (collectively "Alpha Delta Pi"). Alpha Delta Pi, also known as ADPi, is a fraternal organization for women, commonly referred to as a sorority, with its principal office at 1386 Ponce de Leon Avenue, N.E., Atlanta, Georgia 30306.

4. Alpha Gamma Delta is an unincorporated association, and its affiliate, Alpha Gamma Delta Fraternity Corporation, is a New York corporation (collectively "Alpha Gamma Delta"). Alpha Gamma Delta, also known as Alpha Gam, is a fraternity for women, commonly referred to as a sorority, with its principal office located at 8701 Founders Road, Indianapolis, Indiana 46268.

5. Alpha Gamma Rho is an unincorporated association, and its affiliate, Alpha Gamma Rho Fraternity Corporation, is an Illinois corporation (collectively "Alpha Gamma Rho"). Alpha Gamma Rho, also known as AGR, is a social and professional fraternity for male college students preparing for agriculture or food related careers. Its principal office is located at 10101 North Ambassador Drive, Kansas City, Missouri 64153-1395.

6. Alpha Omicron Pi is an unincorporated association, and its affiliate, Alpha Omicron Pi Fraternity, Inc., is a Tennessee corporation ("collectively "Alpha Omicron Pi"). Alpha Omicron Pi, also known as AOPi, is a fraternal organization for women, commonly referred to as a sorority, with its principal office located at P.O. Box 395, 5390 Virginia Way, Brentwood, Tennessee 37024-0395.

7. Alpha Phi is an unincorporated association, and its affiliate, Alpha Phi International Fraternity, Inc., is a New York corporation (collectively "Alpha Phi"). Alpha Phi is a fraternal organization for women, commonly referred to as a sorority, with its principal office located at 1930 Sherman Avenue, Evanston, Illinois 60201.

8. Alpha Tau Omega is an unincorporated association, and its affiliate, The Alpha Tau Omega Fraternity, Inc., is a Maryland corporation (collectively "Alpha Tau Omega"). Alpha Tau Omega, also known as Alpha Tau and ATO, is a fraternity with its principal office located at One North Pennsylvania Street, 12th Floor, Indianapolis, Indiana 46204.

9. Alpha Xi Delta is an unincorporated association, and its affiliate, Alpha Xi Delta Fraternity Corporation, is an Ohio corporation (collectively "Alpha Xi Delta"). Alpha Xi Delta is a fraternal organization for women, commonly referred to as a sorority, with its principal office located at 8702 Founders Road, Indianapolis, Indiana 46268.

10. Beta Theta Pi is an unincorporated association, and its affiliate, Beta Theta Pi Corporation, is an Ohio corporation (collectively "Beta Theta Pi"). Beta Theta Pi, also known as Beta or Betas, is a fraternity with its principal office located at 5134 Bonham Road, Oxford, Ohio 45056.

11. Chi Omega is an unincorporated association, and its affiliate, Chi Omega Fraternity Corporation, is an Ohio corporation (collectively "Chi Omega"). Chi Omega, also known as Chi O, is a fraternal organization for women, commonly referred to as a sorority, with its principal office located at 3395 Players Club Parkway, Memphis, Tennessee 38125.

12. Chi Phi is an unincorporated association, and its affiliate, The Chi Phi Fraternity, Inc., is a Georgia corporation (collectively "Chi Phi"). Chi Phi is a fraternity, with its principal office located at 850 Indian Trail Road Northwest, Lilburn, Georgia 30047-6866.

13. Delta Chi is an unincorporated association, and its affiliate, The Delta Chi Fraternity, Inc., is an Iowa corporation (collectively "Delta Chi"). Delta Chi is a fraternity with its principal office located at 314 Church Street, P.O. Box 1817, Iowa City, Iowa 52244-1817.

14. Delta Delta Delta is an unincorporated association, and its affiliate, Delta Delta Delta Corporation, is an Illinois corporation (collectively "Delta Delta Delta"). Delta Delta Delta, also known as Tri-Delta, is a fraternal organization for women, commonly referred to as a sorority, with its principal office located at 2331 Brookhollow Plaza Drive, P.O. Box 5987, Arlington, Texas 76005-5987.

15. Delta Gamma is an unincorporated association, and its affiliate, Delta Gamma Fraternity Corporation, is an Ohio corporation (collectively "Delta Gamma"). Delta Gamma, also known as DG or Dee Gee, is a fraternal organization for women, commonly referred to as a sorority, with its principal office located at 3250 Riverside Drive, Columbus, Ohio 43221-0397.

16. Delta Phi Epsilon is an unincorporated association, and its affiliate, Delta Phi Epsilon, Inc., is a New York corporation (collectively "Delta Phi Epsilon"). Delta Phi Epsilon, also known as D Phi E, is a sorority with its principal office located at 16A Worthington Drive, Maryland Heights, Missouri 63043.

17. Delta Tau Delta is an unincorporated association, and its affiliate, Delta Tau Delta Corporation, is a New York corporation (collectively "Delta Tau Delta"). Delta Tau Delta, also known as Delts or Delta Taus, is a fraternity with its principal office located at 10000 Allisonville Road, Fishers, Indiana 46038-2008.

18. Gamma Phi Beta is an unincorporated association, and its affiliate, Gamma Phi Beta Sorority, Inc., is an Illinois corporation (collectively "Gamma Phi Beta"). Gamma Phi Beta

is a sorority with its principal office located at 12737 E. Euclid Drive, Centennial, Colorado 80111-6445.

19. Kappa Alpha Order is an unincorporated association, and its affiliate, Kappa Alpha Order Corporation, is a Virginia corporation (collectively "Kappa Alpha"). Kappa Alpha, also known as KA, is a fraternity with its principal office located at P.O. Box 1865, Lexington, Virginia 24450.

20. Kappa Delta is an unincorporated association, and its affiliate, Kappa Delta Sorority, Incorporated, is a Virginia corporation (collectively "Kappa Delta"). Kappa Delta, also known as KD, is a sorority with its principal office located at 3205 Players Lane, Memphis, Tennessee 38125.

21. Kappa Sigma is an unincorporated association ("Kappa Sigma"), with its principal office located at 2020 Avon Court, Suite 29, Charlottesville, Virginia 22902.

22. Lambda Chi Alpha is an unincorporated association, and its affiliate, Lambda Chi Alpha Fraternity Incorporation, is an Indiana corporation (collectively "Lambda Chi Alpha"). Lambda Chi Alpha, also known as Lambda Chi, is a fraternity with its principal office located at 8741 Founders Road, Indianapolis, Indiana 46268-1389.

23. Phi Delta Theta is an unincorporated association, and its affiliate, Phi Delta Theta Fraternity Corporation, is an Ohio corporation (collectively "Phi Delta Theta"). Phi Delta Theta, also known as Phi Delt, is a fraternity with its principal office located at 2 South Campus Avenue, Oxford, Ohio 45056-1872.

24. Phi Kappa Sigma is an unincorporated association, and its affiliate, Phi Kappa Sigma Fraternity, Inc., is a Pennsylvania corporation (collectively "Phi Kappa Sigma"). Phi

Kappa Sigma, also known as Phi Kap, is a fraternity with its principal office located at 2 Timber Drive, Chester Springs, Pennsylvania 19425.

25. Phi Kappa Tau is an unincorporated association, and its affiliate, The Phi Kappa Tau Fraternity Corporation, is an Ohio corporation (collectively "Phi Kappa Tau"). Phi Kappa Tau, also known as Phi Tau, is a fraternal organization with its principal office located at 5221 Morning Sun Road, Oxford, Ohio 45056.

26. Phi Kappa Theta is an unincorporated association, and its affiliate, Phi Kappa Theta Fraternity Corporation, is an Ohio corporation (collectively "Phi Kappa Theta"). Phi Kappa Theta, also known as Phi Kaps, is a fraternity with its principal office located at 9640 N. Augusta Drive, Suite 420, Carmel, Indiana 46032.

27. Pi Kappa Alpha is an unincorporated association, and its affiliate, The Pi Kappa Alpha Fraternity Corporation, is a Tennessee corporation (collectively "Pi Kappa Alpha"). Pi Kappa Alpha, also known as Pike or Pikes, is a fraternity with its principal office located at 8347 West Range Cove, Germantown, Tennessee 38138.

28. Pi Beta Phi is an unincorporated association, and its affiliate, Pi Beta Phi Corporation, is an Illinois corporation (collectively "Pi Beta Phi"). Pi Beta Phi, also know as Pi Phi, is a fraternity for women, commonly referred to as a sorority, with its principal office located at 1154 Town & Country Commons Drive, Town & Country, Missouri 63017.

29. Sigma Alpha Epsilon is an unincorporated association, and its affiliate, Sigma Alpha Epsilon Fraternity Corporation, is an Illinois corporation (collectively "Sigma Alpha Epsilon"). Sigma Alpha Epsilon, also known as SAE, is a fraternity with its principal office located at 1856 Sheridan Road, Evanston, Illinois 60201-3837.

30. Sigma Chi is an unincorporated association, and its affiliate, Sigma Chi Corporation, is an Illinois corporation (collectively "Sigma Chi"). Sigma Chi, also known as Sig, is a fraternity with its principal office located at 1714 Hinman Avenue, P.O. Box 469, Evanston, Illinois 60204-0469.

31. Sigma Kappa is an unincorporated association, and its affiliate, Sigma Kappa Corporation, is a Maine corporation (collectively "Sigma Kappa"). Sigma Kappa is a sorority with its principal office located at 8733 Founders Road, Indianapolis, Indiana 46268-4015.

32. Sigma Phi Epsilon is an unincorporated association, and its affiliate, Sigma Phi Epsilon Fraternity Corporation, is a Virginia corporation (collectively "Sigma Phi Epsilon"). Sigma Phi Epsilon, also known as Sig Ep, is a fraternity with its principal office located at 310 S. Boulevard, P.O. Box 1901, Richmond, Virginia 23218.

33. Tau Kappa Epsilon is an unincorporated association, and its affiliate, Tau Kappa Epsilon Fraternity Corporation, is an Indiana corporation (collectively "Tau Kappa Epsilon"). Tau Kappa Epsilon, also known as Teke, is a fraternity with its principal office located at 8654 Founders Road, Indianapolis, Indiana 46268-1336.

34. This action arises under the Declaratory Judgment Act, 28 U.S.C. § 2201 and is brought to declare the rights of Paddle Tramps regarding its business of manufacturing and selling products that include Greek lettering and crests for collegiate use. Original jurisdiction over this cause of action is conferred upon this Court pursuant to 28 U.S.C. §§ 1331 and 1338 (a). As more fully set forth herein, the Greek Defendants have explicitly threatened Plaintiff with an action for damages and injunctive relief arising out of Plaintiff's alleged infringement on the Greek Defendants' trademarks and other purported rights related to their marks and insignias. The Greek Defendants have also threatened to bring claims for Federal unfair competition and

common law unfair competition. These explicit threats have created a reasonable apprehension on the part of Paddle Tramps that it will face such a lawsuit and, based on the Greek Defendants' practice in other cases, that such lawsuit will be filed in Florida, despite the Florida court lacking jurisdiction over Paddle Tramps and the inappropriateness of venue in Florida. Accordingly, there is an actual controversy between the parties.

35. Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400 because the Greek Defendants have chapters and/or have conducted business in the state of Texas and in this judicial district and have purposefully availed themselves of the benefits and laws of the State of Texas.

## PADDLE TRAMPS' USE OF GREEK LETTERS AND LICENSED GREEK CRESTS IS NOT A VIOLATION OF THE LANHAM ACT OF COMMON LAW

36. Abraham is an individual who resides in Lubbock, Texas and does business as a sole proprietor under the name Paddle Tramps. Abraham has done business under the name Paddle Tramps in his individual capacity since 1961. In the early 1960's, Abraham began traveling to various fraternity and sorority houses to sell the products of Paddle Tramps, including fraternity and sorority party favors, plaques, and pen sets, Greek paddles, Greek crest reproductions, Greek gifts, clocks, bookends and miscellaneous gifts. Paddle Tramps also mailed catalogues and flyers to various fraternity and sorority houses across the country with Greek merchandise in the 1960's and 1970's. Beginning in the early 1970's, Paddle Tramps began focusing on selling its products wholesale and over the years has sold its products to hundreds, if not thousands, of retail stores across the United States. It has advertised and attended trade shows across the United States that were attended by many Greek organizations, and has advertised, and continues to advertise, its products in publications that are distributed nationwide. These shows include international, national and regional shows for college campus

bookstores, retail stores and sporting goods stores. Paddle Tramps had been in the business of selling Greek merchandise for the last 47 years.

37. In December 2007, 32 fraternities and sororities, and 31 related corporate entities sued Paddle Tramps, after Paddle Tramps declined to become a "licensed" vendor of Greek letters and fraternity/sorority crests. The Greek organizations claimed that Paddle Tramps infringed federally registered trademarks and engaged in unfair competition under federal and common law. That case was filed in United States District Court, Southern District of Florida, despite the fact that none of the 65 total Plaintiffs were located in Florida and only one of the seven, unrelated Defendants was in Florida. The case was dismissed without prejudice on April 1, 2008 after the Court ruled, *sua sponte,* that venue was improper in the Southern District of Florida.

38. Paddle Tramps has sold merchandise that included Greek letters and Greek crests, as chosen by the purchaser, for over 47 years. The threat of litigation by the Greek entities named above affects Paddle Tramps' business and the claims alleged must be resolved so Paddle Tramps can conduct business in accordance with Federal and State law, without the threat of litigation by Defendants. While the named Defendants are spread across the nation, Paddle Tramps is located, and has always been located, in the Northern District of Texas. Jurisdiction and venue are proper in this Court to quickly resolve this controversy, which is in the interest of all parties to the lawsuit.

## REQUEST FOR DECLARATORY JUDGMENT

39. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 38, inclusive, of this Complaint as fully set forth herein.

40. An actual case or controversy is present as to whether Paddle Tramps' business

and use and sale of products, including Greek letters and crests, constitutes trademark infringement, Federal unfair competition under the Lanham Act or is otherwise unlawful.

41. Plaintiff requests a declaratory judgment from this Court that Paddle Tramps has not infringed any trademark rights Defendants may have.

42. Plaintiff further requests a declaratory judgment from this Court that the Defendants' failure to control the use of their alleged marks for decades by Paddle Tramps and others not only negates any likelihood of confusion, but this conduct along with other action or inaction by Defendants bars any claims against Paddle Tramps for infringement.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Thomas Kenneth Abraham d/b/a Paddle Tramps Mfg. Co. prays that he has judgment against Defendants for the following:

(1) A decree that the actions and conduct of Plaintiff in the manufacturing and selling of goods does not constitute actionable trademark infringement, unfair competition under the Lanham Act or common law unfair competition;

(2) An award of all fees and expenses of this action, including attorneys' fees and costs of court; and

(3) Such other and further relief, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

_____
Molly Buck Richard
molly@richardlawgroup.com
Texas Bar No. 16842800
Elizann Carroll
Elizann@richardlawgroup.com
Texas Bar No. 00787209
RICHARD LAW GROUP, INC.
8411 Preston Road, Suite 890
Dallas, TX 75225
(214) 206-4300 (phone)
(214) 206-4330 (fax)

Counsel for Plaintiff Thomas Kenneth Abraham d/b/a Paddle Tramps Mfg. Co.

⬣JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
THOMAS KENNETH ABRAHAM d/b/a PADDLE TRAMPS MFG. CO.

## DEFENDANTS
ALPHA CHI OMEGA ET AL

**3-08CV0570-O**

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED APR - 3 2008 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

(c) Attorney's (Firm Name, Address, and Telephone Number)
MOLLY RICHARD, RICHARD LAW GROUP, #890, DALLAS, TX 75225, 214.206.____

Attorneys (If Known)
JACK WHEAT, STITES & HARBISON, 400 W. MARKET ST., SUITE 1800, LOUISVILLE, KY 40202
502.587.3400

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud |  |  | ☐ 810 Selective Service |
|  | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC § 2201

Brief description of cause:
DECLARATORY JUDGMENT REGARDING CLAIMS OF TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ DECLARATION

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) PENDING OR CLOSED
(See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE 4/2/08

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____