U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 7 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS KENNETH ABRAHAM d/b/a PADDLE TRAMPS MFG. CO., Plaintiff, v. ALPHA CHI OMEGA ET AL., Defendants. | § § § § § § § | Case no. 3:08-cv-570-F |

## FINAL JUDGMENT

On May 4, 2012, the Court signed its Order Granting Plaintiff's Motion for Judgment on the Verdict; Denying Defendants' Motion for Judgment as a Matter of Law; and Granting in Part and Denying in Part Defendants' Motion for Entry of Permanent Injunction. The Court has reviewed this case and concludes that no issue remains for disposition, no relief remains to be granted, and there is no just reason for the delay of entry of final judgment under Federal Rule of Civil Procedure 54(b). It is therefore ORDERED that Final Judgment in entered in accordance with the Order Granting Plaintiff's Motion for Judgment on the Verdict; Denying Defendants' Motion for Judgment as a Matter of Law; and Granting in Part and Denying in Part Defendants' Motion for Entry of Permanent Injunction.

The Clerk of the Court is instructed to CLOSE this case.

SIGNED this 7th day of May, 2012.

Royal Furgeson
Senior United States District Judge